US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

APR 1 3 2012

CHRIS R. JOHNSON, Clerk
By

Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

| | | |
|---|---|---|
| ALEXANDRIA SMITH<br>Plaintiff | § § § | *12 - 2080* |
| vs. | § § § § | *CASE NO: CV-2012-300-VI*<br>*IN THE CIRCUIT COURT OF*<br>*SEBASTIAN COUNTY, ARKANSAS* |
| KING W. EVERS, JR. INDIVIDUALLY<br>AND AS OWNER OF CARHOP USA, INC.<br>2K TRANSPORT, INC., KWIK LOAD<br>MOTORCYCLE CARRIER,<br>TRANSCRIPTS, ETC. and JOHN DOES 1-5 | § § § § § | |

### NOTICE OF REMOVAL OF ACTION

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO PLAINTIFF

ALEXANDRIA SMITH ("PLAINTIFF"), AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§1441 and 1446, separate

defendant KING W. EVERS, JR., INDIVIDUALLY AND AS OWNER OF CARHOP USA,

INC. ("Evers"), files this Notice of Removal of Action on the following grounds:

1.    This action is a civil action within this Court's original jurisdiction under 28

U.S.C. § 1332. It can be removed to this Court by Evers pursuant to the provisions of 28 U.S.C.

§ 1441 because it is a civil action between citizens of different states and the matter in

controversy exceeds the sum of $75,000, exclusive of interest and costs.

2.     On March 12, 2012 an action was commenced against Evers[1] by way of a *Complaint* filed that date in the Circuit Court of Sebastian County, Arkansas captioned *Alexandria Smith v. King W. Evers, Jr., Individually and As Owner of Carhop USA, Inc., et. al.,* Case No. CV-2012-300-6 ("the State Court Action"). Service of summons and the *Complaint* were accepted, with authorization, on Evers' behalf on March 28, 2012. In accordance with 28 U.S.C. § 1446(a), copies of "all process, pleadings, and orders" served upon Evers in the State Court Action are attached as Exhibit 1.

3.     Plaintiff's *Complaint* arises out of a motor vehicle accident with Evers that occurred on or about July 30, 2009 in Fort Smith, Sebastian County, Arkansas. *See e.g.,* Exhibit 1, *Complaint,* ¶ IV. While Plaintiff's *Complaint* alleges only that she recover a Judgment from Evers "in a sum and amount that the proof at trial warrants, plus costs and attorney's fees" *see* Exhibit 1, *Complaint,* and is silent in making an actual prayer for specific relief sought, on or about January 19, 2012 Plaintiff submitted her Life Care Plan to Evers' insurance carrier along with medical records and medical bills. The Life Care Plan, including the projected future medical treatment, is allegedly necessitated by the subject motor vehicle accident. The Plaintiff's projected future medical treatment, according to the Life Care Plan, is $843,296.10, and therefore exceeds the $75,000.00 amount in controversy requirement for diversity of

---

[1] The plaintiff's Complaint names defendants other than Evers. Specifically, 2K Transport, Inc., Kwik Load Motorcycle Carrier, Transcripts, Etc., and John Does 1-5. According to information from the Washington Secretary of State, the aforementioned names (other than John Doe defendants) are registered trade names for Carhop USA, Inc. Notwithstanding, plaintiff agrees to dismiss 2K Transport, Inc., Kwik Load Motorcycle Carrier, and Transcripts, Etc. upon receipt of certain documentation that was provided on April 12, 2012.

citizenship jurisdiction. *See* attached Exhibit 2[2], Plaintiff's January 19, 2012 letter from her counsel and Life Care Plan Tables.

4. The amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs. *See* 28 U.S.C. § 1332(a).

5. Evers is informed and believes that Plaintiff is a citizen of and domiciled in the State of Arkansas. *See Complaint* in attached Exhibit 1.

6. King W. Evers, Jr. is a citizen of and domiciled in the State of Washington at all relevant times.

7. Carhop USA, Inc. is a corporation duly formed under the laws of the State of Washington with its principal place of business in the State of Washington.

8. Thus, there is complete diversity of citizenship between Plaintiff and Defendant Evers.

9. Plaintiff filed her *Complaint* on March 12, 2012, and served Evers with a copy of the summons and the *Complaint* on March 28, 2012. Therefore pursuant to 28 U.S.C. § 1446(b), this Notice of Removal of Action is "filed within thirty days after the receipt by [Evers], through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based...."

10. Evers, upon filing this Notice of Removal of Action, is filing a copy of this Notice of Removal of Action with the Clerk of the Circuit Court of Sebastian County, Arkansas, which has effected this removal in accordance with 28 U.S.C. § 1446(d).

11. Written notice of removal is being given to Plaintiff.

---

[2] Evers' exhibits only redacted Tables to the Life Care Plan for purposes of establishing the amount in controversy exceeds $75,000, and therefore omits Dr. Owen's Narrative Report.

WHEREFORE, defendant King W. Evers, Jr., Individually and as Owner of Carhop USA, Inc. hereby removes this action to this Court.

KING W. EVERS, JR. INDIVIDUALLY AND AS
OWNER OF CARHOP USA, INC.

By: _____
Dale W. Brown (AB # 04121)
BASSETT LAW FIRM LLP
P.O. Box 3618
Fayetteville, AR 72702
Phone: (479) 521-9996
Fax:    (479) 521-9600
Email: dbrown@bassettlawfirm.com

*Attorneys for Defendant*