US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

APR 13 2012

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

ALEXANDRIA SMITH §
Plaintiff §
§
§
vs. §
§ CASE NO: CV-2012-300-VI
§ IN THE CIRCUIT COURT OF
§ SEBASTIAN COUNTY, ARKANSAS
KING W. EVERS, JR. INDIVIDUALLY §
AND AS OWNER OF CARHOP USA, INC. §
2K TRANSPORT, INC., KWIK LOAD §
MOTORCYCLE CARRIER, §
TRANSCRIPTS, ETC. and JOHN DOES 1-5 §

12-2080

---

## ENTRY OF APPEARANCE

---

To the Clerk of this Court and all parties of record:

COMES NOW Dale W. Brown of the Bassett Law Firm LLP and requests that his appearance as counsel in this case be entered for King W. Evers, Jr., Individually and as Owner of Carhop USA, Inc.

Dated this 13th day of April, 2012.

KING W. EVERS, JR. INDIVIDUALLY AND AS OWNER OF CARHOP USA, INC.

By: _____
Dale W. Brown (AB # 04121)
BASSETT LAW FIRM LLP
P.O. Box 3618
Fayetteville, AR 72702
Phone: (479) 521-9996
Fax:    (479) 521-9600
Email: dbrown@bassettlawfirm.com

*Attorneys for Defendant*