03/21/2012  14:35    4794746371              MEDLOCK GRAMLICH                    PAGE  02/09

RECEIVED

MAR 13 2012

FILED
FT. SMITH DIST

2012 MAR 12   AM 11 38
CIR. CLERK SEB. CO

## IN THE CIRCUIT COURT OF SEBASTIAN COUNTY, ARKANSAS
### CIVIL DIVISION
### FORT SMITH DISTRICT

**ALEXANDRIA SMITH**                                                                   **PLAINTIFF**

VS.                              Case No.: CV-2012-___

**KING W. EVERS, JR., INDIVIDUALLY AND**
**AS OWNER OF CARHOP USA, INC.,**
**2K TRANSPORT, INC.,**
**KWIK LOAD MOTORCYCLE CARRIER,**
**TRANSCRIPTS, ETC., and JOHN DOES 1-5**                       **DEFENDANTS**

### COMPLAINT

Comes now the Plaintiff, Alexandria Smith, by and through her attorney, Lucas S. Gramlich of Medlock & Gramlich, LLP, and for her complaint against King W. Evers, Jr., Carhop USA, Inc., 2K Transport, Inc., Kwik Load Motorcycle Carrier, and Transcripts, Etc., and John Does 1-5, states and alleges:

I.

This is an action for personal injuries and other damages arising from a motor vehicle collision which occurred in Fort Smith, Sebastian County, Arkansas on July 30, 2009.

II.

At all times relevant to this action, the Plaintiff has been a citizen and resident of Sebastian County, Arkansas.

III.

The Separate Defendant, King W. Evers, Jr., was the owner/operator of the semi-truck that hit the Plaintiff on the date of the accident. Separate Defendants, Carhop USA, Inc. 2K Transport, Inc., Kwik Load Motorcycle Carrier, and Transcripts, Etc., are businesses licensed in the State of Washington and that all the prior named Defendants were/are doing business in the State of Arkansas.

1

EXHIBIT
1

03/21/2012  14:35  4794746371          MEDLOCK GRAMLICH                    PAGE  03/09

IV.

On July 30, 2009, the Plaintiff, Alexandria Smith, was traveling northbound on Albert Pike in Fort Smith, Sebastian County, Arkansas. The Separate Defendant, King W. Evers, Jr., was traveling eastbound on North Street in Fort Smith, Sebastian County, Arkansas. While attempting to back up at the intersection of Albert Pike and North Street, Separate Defendant, King W. Evers, Jr., caused the semi-truck he was operating to strike the front of the Plaintiff's vehicle.

V.

At the time of the accident described herein, John Does 1-5 were employees or owners of Carhop USA, Inc., 2K Transport, Inc., Kwik Load Motorcycle Carrier, and/or Transcripts, Etc., and were acting within the scope of their employment or as owners.

VI.

In causing the collision, the Separate Defendant, King W. Evers, Jr., was negligent in the following particulars:

a. in failing to keep a proper lookout;

b. in failing to obey the laws of the road;

c. in failing to keep his semi-truck under control;

d. in failing to exercise due care for the safety and well being of other motorists and passengers upon the roadway; and

e. otherwise negligent, which will be demonstrated at trial.

VII.

As a direct and proximate result of the negligence of the Separate Defendant, King W. Evers, Jr., and the resulting collision of July 30, 2009, Plaintiff sustained personal injuries, causing her physical and mental pain and suffering and anguish which have required and will continue to require the Plaintiff to undergo medical treatment and incur medical expenses.

2

03/21/2012  14:35    4794746371              MEDLOCK GRAMLICH                        PAGE  04/09

## VIII.

As a direct and proximate result of the negligence of the Separate Defendant, King W. Evers, Jr., and the resulting collision of July 30, 2009, Plaintiff will suffer a loss of wages and loss of earning capacity in the future due to her injury causing Plaintiff limitations in her ability to obtain and sustain employment.

## IX.

As a direct and proximate result of the negligence of the Separate Defendant, King W. Evers, Jr., and the resulting collision of July 30, 2009, Plaintiff has suffered additional damages all to her harm and suffering.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Alexandria Smith, requests that she have and recover judgment of and against the Defendants, King W. Evers, Jr., Carhop USA, Inc., 2K Transport, Inc., Kwik Load Motorcycle Carrier, and Transcripts, Etc., and John Does 1-5 in a sum and amount that the proof at trial warrants, plus all costs and attorney's fees, and all other just and proper relief to which the Plaintiff may be entitled.

PLAINTIFF DEMANDS TRIAL BY JURY.

Respectfully submitted,

**ALEXANDRIA SMITH**

By _____
LUCAS S. GRAMLICH, ABA# 07049
Medlock & Gramlich, LLP
411 Main Street
P.O. Box 328
Van Buren, AR 72957
Phone No.  (479) 474-1117
Fax No.    (479) 783-6371

ATTORNEY FOR PLAINTIFF

3