IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

Alexandria Smith                                                                           PLAINTIFF

V.                                              2:12CV2080

King W. Evers, Jr, et al                                                                DEFENDANT

## CLERK'S ORDER OF DISMISSAL

The plaintiff has filed a Notice of Dismissal (document #7)   pursuant to  Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure.

IT IS ORDERED that the plaintiff's complaint against, 2K Transport, Inc., Kwik Load Motorcycle Carrier, and Transcripts, etc is  hereby, dismissed without prejudice.

                AT THE DIRECTION OF THE COURT
                CHRISTOPHER R. JOHNSON, CLERK


                By: /s/ Laura L. Wolfe
                    Deputy Clerk