IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| ALEXANDRIA SMITH | § |
| Plaintiff | § |
| | § |
| vs. | § CASE NO.:2:12-cv-02080-PKH |
| | § |
| KING W. EVERS, JR, INDIVIDUALLY | § |
| AND AS OWNER OF CARHOP USA, INC. | § |
| And JOHN DOES 1-5 | § |
| Defendants | § |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Alexandria Smith, and Separate Defendants, King W. Evers, Jr. Individually and as Owner of Carhop USA, Inc. and Carhop USA, Inc. by and through their counsel, hereby notify the Court that this matter has been settled and compromised and submit this Stipulation for Dismissal with Prejudice, and that each party bear their own costs and fees.

Dated this 8th day of April, 2013.

| | |
|---|---|
| ALEXANDRIA SMITH | KING W. EVERS, JR. INDIVIDUALLY AND AS OWNER OF CARHOP USA, INC. and CARHOP USA, INC., |
| By: __/s/ Lucas S. Gramlich__<br>     __/s/ M. Jered Medlock__<br>Lucas S. Gramlich (AB # 07049)<br>M. Jered Medlock  (AB # 05304)<br>Medlock & Gramlich, LLP<br>P.O. Box 3326<br>Fort Smith, AR 72913<br>Telephone:  (479) 494-5614<br>Fascimile:   (479) 573-0183 | By: __/s/ Dale W. Brown__<br>Dale W. Brown, AR Bar #04121<br>BASSETT LAW FIRM LLP<br>P. O. Box 3618<br>Fayetteville, AR 72702<br>Telephone:   (479) 521-9996<br>Facsimile:    (479) 521-9600 |

Page 1 of 1