IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ALEXANDRIA SMITH                                                    PLAINTIFF

V.

Civil No. 12-2080

KING W. EVERS, JR, INDIVIDUALLY
AND AS OWNER OF CARHOP USA, INC.;
CARHOP USA AND JOHN DOES 1-5                                        DEFENDANTS

## CLERK'S ORDER OF DISMISSAL

On this 9TH day of April, 2013, the plaintiffs and defendant herein having filed a Stipulation of Dismissal pursuant Rule 41(a)(1), Federal Rules of Civil Procedure.

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice and each party to bear their own costs and fees.

AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK

by  /s/     Sallie Hicks

Deputy Clerk